IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED.**

| | |
|---|---|
| **KIMBERLY CLINE, individually,** ) | |
| **and on behalf of her minor child, E.C.,** ) | |
| Plaintiffs, ) | |
| ) | Case No., 3:13–cv–0776 |
| v. ) | JUDGE TRAUGER |
| ) | |
| **UNITED STATES,** ) | |
| Defendant. ) | |

___

### MOTION TO CONTINUE TRIAL DATE
___

The Plaintiffs, by and through Counsel, Amy C. Bates, and hereby file this Motion to Continue the Trial Date for the following reasons:

1. Parties have necessary depositions that need to be taken before the trial and due to travel restrictions it is not feasible to complete said depositions prior to the current trial date.

2. Defendant does not oppose a continuance of the trial date in this matter.

3. This matter is currently set for trial to start on January 31, 2017.

WHEREFORE, Plaintiffs request that this Court continue the trial date currently set and set a status date to determine a trial date in the future.

RESPECTFULLY SUBMITTED this 3rd day of November, 2016.

MATHIS, BATES & KLINGHARD, PLLC

/s/ Amy C. Bates

AMY C. BATES
412 Franklin Street
Clarksville, TN 37040
(931) 919-5060
Attorneys for Plaintiffs